```
1  JOHN W. TOWER, ESQ. SBN106425
   LAW OFFICE OF JOHN W. TOWER
2  2211 Encinitas Blvd, Second Floor
   Encinitas, CA  92024
3  (760) 436-5589 / Fax (760) 479-0570
   Towerlawsd@gmail.com
4
   Attorney for Plaintiff
5  Katherine M. Klingele
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| KATHERINE M. KLINGELE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, ET AL,<br><br>　　　　Defendants | Case No.: 5:23−CV−01430−DOC−SP<br><br>NOTICE OF SETTLEMENT |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff and Defendant have reached a settlement of all claims and causes of action in the above-referenced action. The parties expect to have the settlement consummated within the next 45 days.

Dated:  Sept. 28, 2023　　　　　　　　　LAW OFFICE OF JOHN W. TOWER

　　　　　　　　　　　　　　　　　　　By:/s/ *John W. Tower*
　　　　　　　　　　　　　　　　　　　　　JOHN W. TOWER, ESQ.
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Katherine M. Klingele