ROBERT E. HESS (SBN 178042)
RHess@MaynardNexsen.com
CHARLES K. CHINEDUH (SBN 273258)
Charles.Chineduh@MaynardNexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone: 310-596-4500

Attorneys for Defendant
Mutual of Omaha Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE M. KLINGELE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:23-cv-01430<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: 6/16/23 |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure Rule 41(a), and following the settlement of this matter, Plaintiff Katherine M. Klingele and Defendant Mutual of Omaha Insurance Company, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party shall bear her or its own attorneys' fees and costs.

| | | |
|---|---|---|
| DATED: November 8, 2023 | | MAYNARD NEXSEN LLP |
| | By: | */s/ Robert Hess* |
| | | ROBERT HESS |
| | | Attorneys for Defendant |
| | | Mutual of Omaha Insurance Company |
| DATED: November 8, 2023 | | LAW OFFICES OF |
| | By: | */s/ John W. Tower* |
| | | JOHN W. TOWER |
| | | Attorneys for Plaintiff |
| | | KATHERINE M. KLINGELE |

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

# CERTIFICATE OF SERVICE

*Katherine M. Klingele v. Mutual of Omaha Insurance Company*
**Case No.** 5:23-cv-01430

**COUNTY OF LOS ANGELES, STATE OF CALIFORNIA**

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions. My business address is Two Embarcadero Center, Suite 1450, San Francisco, CA 94111.

On **November 8, 2023**, I served the document(s) entitled, **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER**, on the interested parties in this action as stated below:

John W. Tower, Esq.
Law Offices of John W. Tower
2211 Encinitas Boulevard, 2d Floor
Encinitas, CA 92024
Email: Towerlawsd@gmail.com
Tel: (760) 436-5589
Fax: (760) 479-0570
*Attorneys for Plaintiff, Katherine M. Klingele*

☒ **(BY CM/ECF ELECTRONIC SERVICE)**: The interested party(ies) set forth below are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of filing.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **November 8, 2023** at San Francisco, California.

/s/ *Yolanda Nesbitt*
Yolanda Nesbitt