# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE M. KLINGELE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MUTUAL OF OMAHA INSURANCE COMPANY, <br><br> Defendant. | Case No. 5:23-cv-01430 <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE [14]** <br><br> Complaint Filed: 6/16/23 |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 9, 2023

_/s/ David O. Carter_
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT